```
      FILED          ____ RECEIVED
____ ENTERED         ____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        OCT 1 1 2011

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN WILLIAM WALLACE,

    Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*

    Defendants.

3:11-CV-0278-RCJ(VPC)

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge (ECF No. 6) ("Recommendation") entered on August 22, 2011, in which the Magistrate Judge recommends that this Court dismiss this action without prejudice.

No objection to the Report and Recommendation has been filed.

### I. Discussion

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not "require[] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. See United States v. Reyna-Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court may accept the recommendation without review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

In this case, there have been no objections filed to the Magistrate Judge's Report and Recommendation. Although no objection was filed, this Court has reviewed the Report and Recommendation (ECF No. 6) and accepts it. Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: This __7th__ ___ day of October, 2011.

ROBERT C. JONES
Chief District Court Judge

2